Serial: **231556**

**IN THE SUPREME COURT OF MISSISSIPPI**

FILED

MAY 05 2020

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

No. 2020-AD-00001-SCT
&
No. 89-R-99011-SCT

*IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19)*

**EMERGENCY ADMINISTRATIVE ORDER-10**

Before the Court is the Mississippi Commission on Continuing Legal Education's (the

Commission) Petition to Temporarily Remove the Limit on CLE Credit Earned Through

Online Programs. Due to concerns related to the Coronavirus, the Commission asks the

Court to

> temporarily amend Rule 3 of the Rules and Regulations for Mandatory
> Continuing Legal Education to waive the in-person requirement for attorneys'
> continuing legal education obligation for the 2019-2020 reporting year so that
> attorneys will be allowed to earn CLE credits in the method of their choosing
> either online, webinars or live, in-person programs.

The Commission further asks the Court for "an automatic extension to September 30, 2020,

for any attorney not able to meet the CLE credit hours requirement during the compliance

period." After due consideration, the Supreme Court and the Chief Justice, in his capacity

as chief administrative officer of all courts in the state, find that the Commission's motion

should be granted.

Moreover, in light of the dangers created by the Coronavirus, the Supreme Court and

the Chief Justice, in his capacity as chief administrative officer of all courts in the state, find

the following additional actions are warranted:

(A) The requirements for newly licensed attorneys set forth in Rule 3b shall be temporarily amended to allow such attorneys to complete the new lawyer program through the method of their choosing, either online, webinars or live, in-person programs, as approved by the Commission. The completion deadline for the new lawyer program shall be extended to September 30, 2020.

(B) Any attorney who is unable to complete the temporarily amended requirements set forth in this Order may seek a hardship exemption and/or extension from the Commission.

IT IS THEREFORE ORDERED that the Mississippi Commission on Continuing Legal Education's Petition to Temporarily Remove the Limit on CLE Credit Earned Through Online Programs is hereby granted. For the 2019-2020 CLE reporting year, attorneys may complete their CLE obligations set forth in Rule 3 through online, webinars or live, in-person programs. Such CLE courses must comply with the remaining provisions of Rules 3 and 4. The completion deadline set forth in Rule 5 is extended to September 30, 2020; and the reporting deadline is extended to October 15, 2020. Any attorney who is unable to comply with the temporary amendments may seek a hardship exemption and/or extension from the Commission.

IT IS FURTHER ORDERED that the new lawyer program set forth in Rule 3b shall be amended to allow newly admitted lawyers who are to complete the program by July 31, 2020, to complete the required courses through online, webinars or live, in-person programs, as approved by the Commission. Such newly admitted attorneys shall complete the program by September 30, 2020. Any newly admitted attorney who is unable to comply with the

2

temporary amendments may seek a hardship exemption and/or extension from the Commission.

SO ORDERED, this the ___5___ day of May, 2020.

_____
MICHAEL K. RANDOLPH,
CHIEF JUSTICE
FOR THE COURT


ALL JUSTICES AGREE.